SUTTON CARPET CLEANERS, INC., Plaintiff, *v.* FIREMEN'S INSUR-ANCE COMPANY OF NEWARK, NEW JERSEY, Defendant. RUTH C. WRIGHT, Appellant, *v.* HYMAN LEVINE et al., Defendants, and FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent.

Argued April 19, 1949; decided May 26, 1949.

*Joseph L. Forscher* for appellant.

*John L. Fletcher* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.